IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00230-CV

 

$1,711 in United States Currency,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 170th District Court

McLennan County, Texas

Trial Court No. 2009-1538-4, 1

 



MEMORANDUM  Opinion










 

            Ronald Clayton Bible filed a notice of
appeal with the District Clerk on July 17, 2009 regarding an adverse judgment by the trial court in a forfeiture case.  A few days later, on July 20, 2009, Bible filed a document indicating that he no longer wished to appeal the
trial court’s decision.

            Accordingly, this appeal is
dismissed.  Tex. R. App. P.
42.1(a)(1).

            Further, absent a specific exemption,
the Clerk of this Court must collect filing fees at the time a document is
presented for filing.  Tex. R. App. P.
12.1(b); Appendix to Tex. R. App. P., Order Regarding Fees
(Amended Aug. 28, 2007, eff. Sept. 1, 2007).  See also Tex. R. App. P. 5; 10th
Tex. App. (Waco) Loc. R. 5; Tex.
Gov’t Code Ann. § 51.207(b); § 51.941(a) (Vernon 2005); and § 51.208 (Vernon Supp. 2008).  Under the circumstances of this proceeding, we suspend the rule and
order the Clerk to write off all unpaid filing fees in this case.  Tex. R. App. P. 2.  The write-off of
the fees from the accounts receivable of the Court in no way eliminates or
reduces the fees owed by Bible.

 

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeal
dismissed

Opinion
delivered and filed August 5, 2009

[CV06]